# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JEFFREY STEIN,                             *
                                           *
    Plaintiff,                         *
                                           *
    v.                                 *
                                           *    Civil Action No. 1:25-cv-01279 (CKK)
DEPARTMENT OF DEFENSE, *et al.*,           *
                                           *
    Defendants.                        *
                                           *

*    *    *    *    *    *    *    *    *    *    *    *    *

## PROOF OF SERVICE

Plaintiff attaches Proof of Service for all Defendants.

Plaintiff provides the following legend connecting the tracking numbers in the attached document to the respective addressees for the Court's convenience:

9507106690115121483872 – Central Intelligence Agency

9507106690115121483896 – Department of the Treasury

9507106690115121483919 – Department of State

9507106690115121483933 – Department of Defense

9507106690115121483957 – Office of the Director of National Intelligence[1]

9507106690115121483971 – U.S. Attorney General

The U.S. Attorney for the District of Columbia was electronically served on 29 April 2025.

---

[1] Even though the USPS tracking system does not reflect the delivery of the Complaint to the Office of the Director of National Intelligence, the Court should presume that this is merely a failure by the USPS to track it correctly, since there have been no new tracking events such as attempted deliveries.

Date:   May 19, 2025

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*

ALERT: SEVERE WEATHER MOVING FROM THE CENTRAL U.S. THROUGH THE EASTERN U....

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9507106690115121483872

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 6:21 am on May 14, 2025 in WASHINGTON, DC 20505.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20505
May 14, 2025, 6:21 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Feedback

Tracking Number:                                                    Remove ✕

# 9507106690115121483896

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 4:13 am on May 14, 2025 in WASHINGTON, DC 20220.

---

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20220
May 14, 2025, 4:13 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**See More ⌄**

**Tracking Number:**            **Remove ✕**

# 9507106690115121483919

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

Feedback

## Latest Update

Your item was picked up at a postal facility at 5:52 am on May 14, 2025 in WASHINGTON, DC 20521.

---

**Get More Out of USPS Tracking:**

    USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20521
May 14, 2025, 5:52 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

See More ⌄

Tracking Number:                                                                 Remove ✕

## 9507106690115121483933

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 6:52 am on May 13, 2025 in WASHINGTON, DC 20310.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20310
May 13, 2025, 6:52 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

See More ⌄

Tracking Number:                                                                 Remove ✕   Feedback

## 9507106690115121483957

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Moving Through Network
**In Transit to Next Facility, Arriving Late**

May 18, 2025

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
May 14, 2025, 11:53 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

See More ⌄

**Remove ✕**

**Tracking Number:**

# 9507106690115121483971

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:09 am on May 14, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

     **USPS Tracking Plus®**

Feedback

## Delivered
**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
May 14, 2025, 5:09 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

See More ⌄

Track Another Package

Enter tracking or barcode numbers