UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>     Plaintiff,<br>v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>     Defendants. | Civil Action No. 25-1279 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney Stephanie R. Johnson as counsel for all Defendants in the above captioned case.

Dated: May 27, 2025

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   */s/ Stephanie R. Johnson*
  STEPHANIE R. JOHNSON,
   D.C. Bar # 1632338
  Assistant United States Attorney
  Civil Division
  601 D Street, NW
  Washington, DC 20530
  (202) 252-7874
  Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*