UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY STEIN,

                      Plaintiff,

  v.

DEPARTMENT OF DEFENSE, et al.,

                      Defendants.

Civil Action No. 25-1279 (CKK)

**MOTION FOR EXTENSION OF TIME**

       Defendants Department of Defense, Department of State, Department of Treasury, Central Intelligence Agency, and Office of the Director of National Intelligence (collectively "Defendants"), by and through undersigned counsel, respectfully move to extend the deadline to respond to the complaint in this matter by approximately twenty-eight days—i.e., until June 26, 2025. Prior to filing this motion, undersigned counsel conferred with Plaintiff, through counsel, and Plaintiff opposes the relief sought in this motion. Although Plaintiff opposes, there is good cause to grant this motion and the grounds for this motion are as follows:

       Plaintiff filed this suit on April 25, 2025, and served the U.S. Attorney's Office on or about April 29, 2025. Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking to compel the release of documents relating to FOIA requests submitted to Defendants. *See generally* Compl. (ECF No. 1). Defendants' deadline to respond to the complaint is currently May 29, 2025.

       There is good cause to grant this motion. Undersigned counsel was only assigned this matter a couple of days ago. Although undersigned was recently assigned to this matter, undersigned counsel has reached-out the relevant agencies in order to promptly gather information

necessary for the defense of this action. Undersigned has been able to determine the assigned agency counsel for one of the agencies but needs additional time to determine the assigned attorney for the other agencies.

Further, undersigned counsel has a demanding litigation caseload (approximately seventy-four cases), with numerous court and litigation deadlines coming up within the next couple of weeks. These deadlines include at least four substantive briefs and a myriad of Joint Status Reports and pleadings. Also, new cases are assigned each week. As a result, because undersigned was recently assigned to this matter and the demands of her large docket of active cases, and the swelling number of cases in her office overall, undersigned counsel requests a reasonable amount of additional time beyond the current deadline to review the administrative record, confer with the client agencies, explore whether this case may be resolved without litigation, and if not, formulate Defendants' response to Plaintiff's complaint. Furthermore, if a response to the complaint must be filed, undersigned will need additional time to complete the internal supervisory and agency review of the response to the complaint before filing it with the Court. Accordingly, Defendants request this extension of time.

Although Plaintiff opposes the extension request, Defendants respectfully submit that there is no plausible explanation as to how the short extension would prejudice Plaintiff. Nevertheless, granting the requested extension is necessary for defense coordination and will serve the interests of justice by affording government counsel a reasonable period of additional time to confer with each agency, appropriately investigate the claims in this matter, and plan and prepare an appropriate response to the complaint. Further, Defendants propose this extension in good faith and not for the purpose of delay and granting the requested extension will not impact any other deadlines.

WHEREFORE, Defendants respectfully request that the deadline to respond to the complaint be extended until June 26, 2025. A proposed order is enclosed herewith.

Dated: May 27, 2025
      Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    */s/Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>                Plaintiff,<br>   v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>                Defendants. | Civil Action No. 25-1279 (CKK) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion for an extension of time in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED; and it is further

ORDERED that Defendants shall have until June 26, 2025, to respond to the complaint in this action.

SO ORDERED:

_____            _____
Dated                                                                    Colleen Kollar-Kotelly
                                                                  United States District Judge