# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN, | * |
| Plaintiff, | * |
| v. | * Civil Action No. 1:25-cv-01279 (CKK) |
| DEPARTMENT OF DEFENSE, *et al.*, | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

# ORDER

UPON CONSIDERATION OF Defendants' Motion for Extension of Time, any Opposition thereto, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Defendants' Motion is **DENIED**.

_____
Colleen Kollar-Kotelly
United States District Judge