UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br>      Plaintiff,<br>  v.<br>U.S. DEPARTMENT OF DEFENSE, *et al.*,<br>      Defendants. | Civil Action No. 25-1279 (CKK) |

**ORDER**
(June 6, 2025)

This Freedom of Information Act case comes before the Court upon the filing of the Defendants' [10] Answer to the Plaintiff's [1] Complaint. Upon consideration of this filing, it is hereby

**ORDERED** that the parties shall **MEET AND CONFER** and file a Joint Status Report proposing a schedule for proceeding in this matter. This report should address the status of the Plaintiff's FOIA request, the anticipated number of documents responsive to the Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, and any other matters necessary to bring to the Court's attention. The parties shall file this report no later than **JUNE 27, 2025**. The parties are, of course, free to file this status report at an earlier date. *See* Min. Order (May 28, 2025) (noting that Plaintiff has "requested expedited consideration under 28 U.S.C. § 1657").

**SO ORDERED.**



COLLEEN KOLLAR-KOTELLY
United States District Judge