UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>                    Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>                    Defendants. | Civil Action No. 25-1279 (CKK) |

## **JOINT STATUS REPORT**

Pursuant to the Court's June 6, 2025, Order (ECF No. 11), Plaintiff Jeffrey Stein ("Plaintiff") and Defendants, Department of Defense ( "DoD"), Department of State (the "State Department"), Department of the Treasury ("Treasury"), Central Intelligence Agency ("CIA"), and the Office of the Director of National Intelligence ("ODNI") (collectively, "Defendants"), by and through undersigned counsel, hereby submit this Status Report.  The parties report as follows:

1.        Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking the release of documents relating to five FOIA requests.  *See generally* Compl. (ECF No. 1).

2.        The Court ordered, *inter alia*, the parties report on the status of the Plaintiff's FOIA requests, the anticipated number of documents responsive to the Plaintiff's FOIA requests, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, and any other matters necessary to bring to the Court's attention.  *See* June 6, 2025, Order (ECF No. 11).

3.        The status of each response to Plaintiff's FOIA requests is below:

## DoD

DoD is currently conducting an initial search for potentially responsive records and needs additional time to complete it. DoD anticipates completing its initial search by July 14, 2025. Because DoD has not completed its search for responsive records, DoD does not currently have a page count for the number of records that may need to be reviewed and processed, but DoD anticipates that there will be documents that need to be produced in this matter. After the search is completed, DoD will provide the estimated first interim release date and if necessary, suggest a processing schedule to Plaintiff.

## The State Department

The State Department is currently conducting a search for potentially responsive records and needs additional time to complete it. The State Department anticipates completing its search by July 31, 2025. Because the State Department has not completed its search for responsive records, the State Department does not currently have a page count for the number of records that may need to be reviewed and processed, but the State Department anticipates that there will be documents that need to be produced in this matter. After the search is completed, the State Department will provide the estimated first interim release date and if necessary, suggest a processing schedule to Plaintiff.

## Treasury

Treasury has completed its search for potentially responsive records. Treasury is currently reviewing the potentially responsive records to determine if the collected materials are federal records subject to FOIA. Treasury anticipates completing this review by July 31, 2025. Because Treasury has not completed its review, Treasury does not currently have a page count for the number of records that may need to be reviewed and processed, but Treasury anticipates that there

will be documents that need to be produced in this matter. After the review is completed, Treasury will provide the estimated first interim release date and if necessary, suggest a processing schedule to Plaintiff.

### CIA

The CIA reports that it has initiated a search to locate potentially responsive documents based on the information provided in Plaintiff's FOIA request. Because the search is currently in progress, the CIA is unable to provide an estimated completion date for the search at this time and does not currently have a page count for the number of potentially responsive records that may need to be reviewed and/or processed, if any. After the searches are completed, if CIA locates records responsive to the request, the CIA will provide the estimated release date and, if necessary, suggest a processing schedule to Plaintiff for rolling releases.

### ODNI

ODNI is currently conducting a search for potentially responsive records and needs additional time to complete it. ODNI anticipates completing its search by July 14, 2025. Because ODNI has not completed its search for responsive records, ODNI does not currently have a page count for the number of records that may need to be reviewed and processed. After the search is completed, if ODNI locates records responsive to the request, ODNI will provide the estimated release date and, if necessary, suggest a processing schedule to Plaintiff.

4.    Defendants do not believe an *Open America* stay is likely in this case.

5.    Also, because the searches and processing remain ongoing and there is limited information available at this time, it is impractical to propose a schedule for completing the releases and whether a *Vaughn* index will be required.

\*    \*    \*

To that end, the parties propose that they file a subsequent status report by August 11, 2025,

updating the Court on Defendants' response to Plaintiff's FOIA requests.

\*    \*    \*

Dated: June 27, 2025

_/s/ Kelly Brian McClanahan_
Kelly Brian McClanahan
NATIONAL SECURITY COUNSELORS
1451 Rockville Pike Suite 250
Rockville, MD 20852
501-301-4672
Kel@nationalsecuritylaw.Org

_Attorney for Plaintiff_

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: _/s/ Stephanie R. Johnson_
    STEPHANIE R. JOHNSON
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-7874
    Stephanie.Johnson5@usdoj.gov

_Attorneys for the United States of America_