UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>                Plaintiff,<br>    v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>                Defendants. | Civil Action No. 25-1279 (CKK) |

**JOINT STATUS REPORT**

Plaintiff Jeffrey Stein ("Plaintiff") and Defendants, Department of Defense ("DoD"), Department of State (the "State Department"), Department of the Treasury ("Treasury"), Central Intelligence Agency ("CIA"), and the Office of the Director of National Intelligence ("ODNI") (collectively, "Defendants"), by and through undersigned counsel, hereby submit this Status Report. The parties report as follows:

1. Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking the release of documents relating to five FOIA requests. *See generally* Compl. (ECF No. 1).

2. The status of each response to Plaintiff's FOIA requests is below:

**DoD**

As previously reported, DoD has completed its search for potentially responsive records. DoD anticipates providing its response before the end of December 2025.

**The State Department**

As previously reported, the State Department has completed its search for potentially responsive records and identified 32 pages of responsive records. The State Department made the first production on November 21, 2025. The State Department is currently processing the

remaining records, many of which require inter-agency consultation. It is difficult to estimate how long the consultation process will take or commit to a certain release date. The State Department, however, will actively work with equity holders to complete the consultation process as efficiently as possible.

## Treasury

As previously reported, Treasury completed its search for potentially responsive records and determined that 84 pages of collected materials are federal records subject to FOIA. Treasury is still processing these records, many of which require inter-agency consultation. Treasury anticipates providing a final response by the end of December 2025.

## CIA

CIA has completed its responsiveness review and identified records responsive to Plaintiff's FOIA request. CIA is diligently processing these records and anticipates completing its review in January. Following completion of this review, CIA will consult with other government agencies to the extent necessary. CIA will provide an estimated production timeline in the next joint status report.

## ODNI

ODNI's search for responsive records is ongoing, pending transmittal of collected records to ODNI's Information Management Office. After its search is complete, ODNI will review the results for responsiveness. After this review is complete, ODNI will consult with other government agencies to the extent necessary, provide an estimated final agency response date, and, if necessary, suggest a processing schedule to Plaintiff for rolling responses.

\*   \*   \*

- 3 -

The parties propose that they file a subsequent status report by January 8, 2026, updating the Court on Defendants' responses to Plaintiff's FOIA requests.

| | |
|---|---|
| Dated: November 24, 2025 | Respectfully submitted, |
| */s/ Kelly Brian McClanahan* | JEANINE FERRIS PIRRO |
| Kelly Brian McClanahan | United States Attorney |
| NATIONAL SECURITY COUNSELORS | |
| 1451 Rockville Pike Suite 250 | By: */s/ Stephanie R. Johnson* |
| Rockville, MD 20852 | STEPHANIE R. JOHNSON |
| 501-301-4672 | Assistant United States Attorney |
| Kel@nationalsecuritylaw.Org | 601 D Street, NW |
| | Washington, DC 20530 |
| *Attorney for Plaintiff* | (202) 252-7874 |
| | Stephanie.Johnson5@usdoj.gov |
| | |
| | *Attorneys for the United States of America* |

- 3 -