UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERY STEIN,<br><br>    *Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF DEFENSE, *et al.*,<br><br>    *Defendants*. | Civil Action No. 25-1279 (CKK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Samantha-Josephine Baker as counsel for Defendants in the above-captioned case, substituting for Assistant United States Attorney Stephanie R. Johnson.

Date:   December 18, 2025

                                                Respectfully submitted,

                                                */s/ Samantha-Josephine Baker*
                                                SAMANTHA-JOSEPHINE BAKER
                                                Assistant United States Attorney
                                                601 D Street, NW
                                                Washington, DC 20530
                                                Tel: (202) 252-2435
                                                Samantha-Josephine.Baker@usdoj.gov

                                                *Attorney for Defendants*