UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY STEIN,

                Plaintiff,

v.

DEPARTMENT OF DEFENSE, et al.,

                Defendants.

Civil Action No. 25-1279 (CKK)

## JOINT STATUS REPORT

Plaintiff Jeffrey Stein ("Plaintiff") and Defendants, Department of Defense ("DoD"), Department of State (the "State Department"), Department of the Treasury ("Treasury"), Central Intelligence Agency ("CIA"), and the Office of the Director of National Intelligence ("ODNI") (collectively, "Defendants"), by and through undersigned counsel, hereby submit this Status Report. The parties report as follows:

1. Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking the release of documents relating to five FOIA requests. *See generally* Compl. (ECF No. 1).

2. The status of each response to Plaintiff's FOIA requests is below:

### DoD

As previously reported, DoD completed its search for potentially responsive records. DoD subsequently provided a no-records response on December 31, 2025.

### The State Department

As previously reported, the State Department has completed its search for potentially responsive records and identified 32 pages of responsive records. The State Department made the first production on November 21, 2025. The State Department continues to process the remaining

- 2 -

records, many of which require inter-agency consultation. It is difficult to estimate how long the consultation process will take or commit to a certain release date. The State Department, however, will actively work with equity holders to complete the consultation process as efficiently as possible.

**Treasury**

As previously reported, Treasury completed its search for potentially responsive records and determined that 84 pages of collected materials are federal records subject to FOIA. Treasury completed its responsiveness review of these records and made a final production to Plaintiff on December 31, 2025.

**CIA**

CIA has completed its responsiveness review and identified records responsive to Plaintiff's FOIA request. CIA has been diligently processing these records and anticipates finalizing its production by the end of February.

**ODNI**

ODNI's search for responsive records is ongoing, pending transmittal of collected records to ODNI's Information Management Office. After its search is complete, ODNI will review the results for responsiveness. After this review is complete, ODNI will consult with other government agencies to the extent necessary, provide an estimated final agency response date, and, if necessary, suggest a processing schedule to Plaintiff for rolling responses.

\*   \*   \*

The parties propose that they file a subsequent status report by March 9, 2026, updating the Court on Defendants' responses to Plaintiff's FOIA requests. Plaintiff further requests that the Court order Defendants State, CIA, and ODNI to begin providing monthly interim releases of no less than 25% of all responsive records by February 27, 2026. Defendants maintain that there is no basis for the Court to impose such an order at this time for reasons addressed above.

| | |
|---|---|
| Dated: January 8, 2026 | Respectfully submitted, |
| */s/ Kelly Brian McClanahan* <br> Kelly Brian McClanahan <br> NATIONAL SECURITY COUNSELORS <br> 1451 Rockville Pike Suite 250 <br> Rockville, MD 20852 <br> 501-301-4672 <br> Kel@nationalsecuritylaw.Org <br><br> *Attorney for Plaintiff* | JEANINE FERRIS PIRRO <br> United States Attorney <br><br> By: */s/ Samantha-Josephine Baker* <br>     Samantha-Josephine Baker <br>     FL Bar #105714 <br>     Assistant United States Attorney <br>     601 D Street, NW <br>     Washington, DC 20530 <br>     (202) 252-2435 <br>     Samantha-Josephine.Baker@usdoj.gov <br><br> *Attorneys for the United States of America* |