UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>        *Plaintiff*,<br>  v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>        *Defendants*. | Civil Action No. 25-1279 (CKK) |

**ERRATA**

Defendants hereby file this errata to the joint status report filed on March 9, 2026 (ECF No. 17), to advise the Court of an error in the section of the report regarding the State Department. That section should have reported that the State Department made a second (and final) production on February 19, 2026, and notified Plaintiff on that date that it had completed the processing of his request.

Dated: March 10, 2026
Washington, D.C.

                                                Respectfully submitted,

                                                JEANINE FERRIS PIRRO
                                                United States Attorney

                                                By: */s/ Samantha-Josephine Baker*
                                                    Samantha-Josephine Baker
                                                    FL Bar #105714
                                                    Assistant United States Attorney
                                                    601 D Street, NW
                                                    Washington, DC 20530
                                                    (202) 252-2435
                                                    Samantha-Josephine.Baker@usdoj.gov

                                                *Attorneys for the United States of America*