UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY STEIN,

Plaintiff,

v.

DEPARTMENT OF DEFENSE, et al.,

Defendants.

Civil Action No. 25-1279 (CKK)

## JOINT STATUS REPORT

Pursuant to the Court's orders dated January 13, 2026 and March 10, 2026, Plaintiff Jeffrey Stein ("Plaintiff") and Defendants, Department of Defense ("DoD"), Department of State (the "State Department"), Department of the Treasury ("Treasury"), Central Intelligence Agency ("CIA"), and the Office of the Director of National Intelligence ("ODNI") (collectively, "Defendants"), by and through undersigned counsel, hereby submit this Joint Status Report.  The parties report as follows:

1.      Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking the release of documents relating to five FOIA requests.  *See generally* Compl. (ECF No. 1).

2.      The status of each response to Plaintiff's FOIA requests is below:

### DoD

As previously reported, DoD completed its search for potentially responsive records. DoD subsequently provided a no-records response on December 31, 2025.

### The State Department

As previously reported, the State Department has completed its search for potentially responsive records and identified 32 pages of responsive records.  The State Department made the

first production on November 21, 2025. The State Department made a second (and final) production on February 19, 2026, and notified Plaintiff on that date that it had completed the processing of his request.

**Treasury**

As previously reported, Treasury completed its search for potentially responsive records and determined that 84 pages of collected materials are federal records subject to FOIA. Treasury completed its responsiveness review of these records and made a final production to Plaintiff on December 31, 2025.

**CIA**

As previously reported, CIA completed its responsiveness review and identified records responsive to Plaintiff's FOIA request. CIA has completed its review of these records and made a final production to Plaintiff on March 6, 2026.

**ODNI**

ODNI's search for responsive records is complete. ODNI identified one responsive record, which required consultations with additional agencies. ODNI anticipates issuing its final interim response to Plaintiff by May 22, 2026.

The parties propose that they file a subsequent status report by July 7, 2026, updating the Court on the status of this matter.

Dated: May 8, 2026                              Respectfully submitted,

/s/ Kelly Brian McClanahan                      JEANINE FERRIS PIRRO
Kelly Brian McClanahan                          United States Attorney
NATIONAL SECURITY COUNSELORS
1451 Rockville Pike Suite 250                    By: /s/ Samantha-Josephine Baker
Rockville, MD 20852                                  Samantha-Josephine Baker
501-301-4672                                          FL Bar #105714
Kel@nationalsecuritylaw.Org                          Assistant United States Attorney
                                                     601 D Street, NW
Attorney for Plaintiff                               Washington, DC 20530
                                                     (202) 252-2435
                                                     Samantha-Josephine.Baker@usdoj.gov

                                                Attorneys for the United States of America

- 3 -