UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JEFFREY STEIN,

               Plaintiff,

   v.

DEPARTMENT OF DEFENSE, et al.,

               Defendants.

Civil Action No. 25-1279 (CKK)

## JOINT STATUS REPORT

Pursuant to the Court's order dated May 11, 2026, Plaintiff Jeffrey Stein ("Plaintiff") and Defendants, Department of Defense ("DoD"), Department of State (the "State Department"), Department of the Treasury ("Treasury"), Central Intelligence Agency ("CIA"), and the Office of the Director of National Intelligence ("ODNI") (collectively, "Defendants"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

1. Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking the release of documents relating to five FOIA requests. *See generally* Compl. (ECF No. 1).

2. The status of each response to Plaintiff's FOIA requests is below:

### DoD

As previously reported, DoD completed its search for potentially responsive records. DoD subsequently provided a no-records response on December 31, 2025.

### The State Department

As previously reported, the State Department has completed its search for potentially responsive records and identified 32 pages of responsive records. The State Department made the first production on November 21, 2025. The State Department made a second (and final)

production on February 19, 2026, and notified Plaintiff on that date that it had completed the processing of his request.

## Treasury

As previously reported, Treasury completed its search for potentially responsive records and determined that 84 pages of collected materials are federal records subject to FOIA.  Treasury completed its responsiveness review of these records and made a final production to Plaintiff on December 31, 2025.

## CIA

As previously reported, CIA completed its responsiveness review and identified records responsive to Plaintiff's FOIA request.  CIA has completed its review of these records and made a final production to Plaintiff on March 6, 2026.

## ODNI

ODNI previously reported that it completed its search and responsiveness review, and anticipated issuing a final response to Plaintiff by May 22, 2026.  ODNI made its first and final response to plaintiff on May 22, 2026, producing three pages in full.

The parties propose that they file a subsequent status report by September 8, 2026, updating the Court on the status of this matter, with a proposal for any further proceedings in this case.

Dated: July 8, 2026                     Respectfully submitted,

*/s/ Kelly Brian McClanahan*           JEANINE FERRIS PIRRO
Kelly Brian McClanahan          United States Attorney
NATIONAL SECURITY COUNSELORS
1451 Rockville Pike Suite 250      By: */s/ Samantha-Josephine Baker*
Rockville, MD 20852                Samantha-Josephine Baker
501-301-4672                    FL Bar #105714
Kel@nationalsecuritylaw.Org       Assistant United States Attorney
                             601 D Street, NW
*Attorney for Plaintiff*              Washington, DC 20530
                             (202) 252-2435
                             Samantha-Josephine.Baker@usdoj.gov

                             *Attorneys for the United States of America*

- 3 -