UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFREY STEIN,<br><br>Plaintiff,<br>v.<br><br>DEPARTMENT OF DEFENSE, et al.,<br><br>Defendants. | Civil Action No. 25-1279 (CKK) |

**<u>JOINT STATUS REPORT</u>**

Pursuant to the Court's Minute Order dated September 9, 2026, Plaintiff Jeffrey Stein ("Plaintiff") and Defendants, Department of Defense ("DoD"), Department of State (the "State Department"), Department of the Treasury ("Treasury"), Central Intelligence Agency ("CIA"), and the Office of the Director of National Intelligence ("ODNI") (collectively, "Defendants"), by and through undersigned counsel, hereby submit this Joint Status Report. The parties report as follows:

1. Plaintiff brings this case under the Freedom of Information Act ("FOIA") seeking the release of documents relating to five FOIA requests. *See generally* Compl. (ECF No. 1).

2. The status of each response to Plaintiff's FOIA requests is below:

**<u>DoD</u>**

As previously reported, DoD completed its search for potentially responsive records. DoD subsequently provided a no-records response on December 31, 2025.

**<u>The State Department</u>**

As previously reported, the State Department has completed its search for potentially responsive records and identified 32 pages of responsive records. The State Department made the

first production on November 21, 2025. The State Department made a second (and final) production on February 19, 2026, and notified Plaintiff on that date that it had completed the processing of his request.

**Treasury**

As previously reported, Treasury completed its search for potentially responsive records and determined that 84 pages of collected materials are federal records subject to FOIA. Treasury completed its responsiveness review of these records and made a final production to Plaintiff on December 31, 2025.

**CIA**

As previously reported, CIA completed its responsiveness review and identified records responsive to Plaintiff's FOIA request. CIA has completed its review of these records and made a final production to Plaintiff on March 6, 2026.

**ODNI**

ODNI previously reported that it completed its search and responsiveness review, and anticipated issuing a final response to Plaintiff by May 22, 2026. ODNI made its first and final response to plaintiff on May 22, 2026, producing three pages in full.

Since the filing of the last status report, the parties have attempted to narrow the issues pertaining to the search or withholdings as to certain Defendants by way of draft declarations. Defendants have provided three declarations to Plaintiff who is evaluating them. Additional time is needed for review, and for counsel to meet and confer. Counsel for both parties anticipate

continuing to work through any issues that arise, and if unable to do so, will propose a joint briefing schedule on summary judgment during the next status report.

The parties propose that they file a subsequent status report by February 5, 2027, updating the Court on the status of this matter, with a proposal for any further proceedings in this case, if necessary.

Dated: November 6, 2026

Respectfully submitted,

*/s/ Kelly Brian McClanahan*
Kelly Brian McClanahan
NATIONAL SECURITY COUNSELORS
1451 Rockville Pike Suite 250
Rockville, MD 20852
501-301-4672
Kel@nationalsecuritylaw.Org

*Attorney for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Samantha-Josephine Baker*
Samantha-Josephine Baker
FL Bar #105714
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2435
Samantha-Josephine.Baker@usdoj.gov

*Attorneys for the United States of America*